UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In Re: §
§
ARTHUR S. KETSIOS § Case No. 17-00422
§
Debtor §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

KAREN R. GOODMAN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: 5,000.00                       Assets Exempt: 73,703.00
*(Without deducting any secured claims)*

Total Distributions to Claimants: 17,149.08      Claims Discharged
                                                 Without Payment: 524,438.20

Total Expenses of Administration: 8,974.76

3) Total gross receipts of $ 28,278.00  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 2,154.16  (see **Exhibit 2**), yielded net receipts of $ 26,123.84  from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ NA | $ NA | $ NA | $ NA |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 8,974.76 | 8,974.76 | 8,974.76 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | 4,800.00 | 4,800.00 | 4,800.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 215,527.03 | 321,260.25 | 321,260.25 | 12,349.08 |
| **TOTAL DISBURSEMENTS** | $ 215,527.03 | $ 335,035.01 | $ 335,035.01 | $ 26,123.84 |

4) This case was originally filed under chapter 7 on 01/06/2017 . The case was pending for 14 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 03/06/2018          By:/s/KAREN R. GOODMAN
                                              Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| 2014 FEDERAL | 1124-000 | 4,782.00 |
| 2014 STATE | 1124-000 | 963.00 |
| 2015 FEDERAL | 1124-000 | 6,510.00 |
| 2015 STATE | 1124-000 | 1,384.00 |
| POSEN FOOD AND LIQUORS, INC. | 1129-000 | 7,500.00 |
| 2016 Federal Tax Refund | 1224-000 | 7,139.00 |
| **TOTAL GROSS RECEIPTS** | | **$ 28,278.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Arthur Ketsios | Exemptions | 8100-002 | 2,154.16 |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 2,154.16** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL SECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| KAREN R. GOODMAN | 2100-000 | NA | 3,362.38 | 3,362.38 | 3,362.38 |
| Associated Bank | 2600-000 | NA | 270.63 | 270.63 | 270.63 |
| TAFT STETTINIUS & HOLLISTER LLP | 3110-000 | NA | 4,128.00 | 4,128.00 | 4,128.00 |
| ALAN D. LASKO | 3410-000 | NA | 1,197.50 | 1,197.50 | 1,197.50 |
| ALAN D. LASKO | 3420-000 | NA | 16.25 | 16.25 | 16.25 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 8,974.76 | $ 8,974.76 | $ 8,974.76 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | 0.00 | NA | NA | 0.00 |
| 1 | JOANNE KETSIOS | 5800-000 | NA | 4,800.00 | 4,800.00 | 4,800.00 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ 4,800.00 | $ 4,800.00 | $ 4,800.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Athletic & Therapeutic Institute, 4947 Paysphere Circle Chicago, IL 60674-4947 | | 964.15 | NA | NA | 0.00 |
| | Athletic & Therapeutic Institute, 4947 Paysphere Circle Chicago, IL 60674-4947 | | 28.70 | NA | NA | 0.00 |
| | Athletic & Therapeutic Institute, 4947 Paysphere Circle Chicago, IL 60674-4947 | | 362.54 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Bank of America, PO Box 851001 Dallas, TX 75285-1001 | | 10,956.36 | NA | NA | 0.00 |
| | Grotta & Associates, 10775 W. 163rd Place Orland Park, IL 60467 | | 93,755.35 | NA | NA | 0.00 |
| | Palos Hills Surgery Center, 10330 S. Roberts Road Palos Hills, IL 60465 | | 2,233.42 | NA | NA | 0.00 |
| | Palos SWP LTD, 8100 W. 119th St. Palos Park, IL 60464-3041 | | 5.93 | NA | NA | 0.00 |
| | Parkview Orthopaedic Group, S.C., 7600 W. College Drive Palos Heights, IL 60463-1256 | | 61.52 | NA | NA | 0.00 |
| | Posen Food and Liquors, Inc., 14714 Western Avenue Posen, IL 60469 | | 30,000.00 | NA | NA | 0.00 |
| | Reich, Jumbeck & Stole, L.L.P., 116 N. Chicago Street Suite 555 Joliet, IL 60432 | | 43,372.07 | NA | NA | 0.00 |
| | Reich, Jumbeck & Stole, L.L.P., 116 N. Chicago Street Suite 555 Joliet, IL 60432 | | 2,668.25 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Sikich LLP, 123 N Wacker Drive Suite 1500 Chicago, IL 60606 | | 4,953.74 | NA | NA | 0.00 |
| | Stanley and Maria Ketsios, 3 Sorrel Court Lemont, IL 60439 | | 6,000.00 | NA | NA | 0.00 |
| | Stanley Ketsios, 3 Sorrel Court Lemont, IL 60439 | | 20,000.00 | NA | NA | 0.00 |
| | The Eye Specialists Center, LLC, 10436 Southwest Highway Suite 101 Chicago Ridge, IL 60415-2282 | | 165.00 | NA | NA | 0.00 |
| 3 | GROTTA & ASSOCIATES | 7100-000 | NA | 271,634.13 | 271,634.13 | 10,441.48 |
| 4 | REICH, JUMBECK & STOLE LLP | 7100-000 | NA | 43,089.57 | 43,089.57 | 1,656.34 |
| 2 | SIKICH LLP | 7100-000 | NA | 6,536.55 | 6,536.55 | 251.26 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 215,527.03 | $ 321,260.25 | $ 321,260.25 | $ 12,349.08 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 17-00422 | JSB | Judge: | Janet S. Baer | Trustee Name: | KAREN R. GOODMAN |
|---|---|---|---|---|---|---|
| Case Name: | ARTHUR S. KETSIOS | | | | Date Filed (f) or Converted (c): | 01/06/2017 (f) |
| | | | | | 341(a) Meeting Date: | 02/08/2017 |
| For Period Ending: | 03/06/2018 | | | | Claims Bar Date: | 10/23/2017 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1.  2001 GMC DANALI | 2,000.00 | 2,000.00 | | 0.00 | FA |
| 2.  1998 FORD EXPLORER | 400.00 | 400.00 | | 0.00 | FA |
| 3.  HOUSEHOLD GOODS AND FURNISHINGS | 250.00 | 0.00 | | 0.00 | FA |
| 4.  ELECTRONICS | 500.00 | 0.00 | | 0.00 | FA |
| 5.  CLOTHES | 250.00 | 0.00 | | 0.00 | FA |
| 6.  JEWELRY | 200.00 | 0.00 | | 0.00 | FA |
| 7.  CASH | 50.00 | 0.00 | | 0.00 | FA |
| 8.  BANK OF AMERICA | 445.84 | 0.00 | | 0.00 | FA |
| 9.  POSEN FOOD AND LIQUORS, INC. | 10,000.00 | 0.00 | | 7,500.00 | FA |
| 10. WELLS FARGO IRA | 67,053.00 | 0.00 | | 0.00 | WFA |
| 11. 2014 FEDERAL | 4,782.00 | 0.00 | | 4,782.00 | FA |
| 12. 2014 STATE | 963.00 | 0.00 | | 963.00 | FA |
| 13. 2015 FEDERAL | 6,510.00 | 0.00 | | 6,510.00 | FA |
| 14. 2015 STATE | 1,384.00 | 0.00 | | 1,384.00 | FA |
| 15. NORTHWESTERN MUTUAL $600,000.00 TERM | 0.00 | 0.00 | | 0.00 | FA |
| 16. 2016 Federal Tax Refund (u) | 0.00 | Unknown | | 7,139.00 | FA |
| 17. Advance interim fees for appellate counsel-Grotta & Assoc. (u)  Although funds were received by Grotta & Assoc. during preference period, because this is business,not a consumer case, and the transfer was less than $6225, the transfer is not recoverable as a preference (11 U.S.C. 547((c) (9) | 5,000.00 | 5,000.00 | | 0.00 | FA |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $99,787.84 | $7,400.00 | $28,278.00 | $0.00 |

(Total Dollar Amount in Column 6)

Exhibit 8

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 12/31/2017      Current Projected Date of Final Report (TFR): 12/31/2017

UST Form 101-7-TDR (10/1/2010) *(Page: 9)*

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | |
|---|---|---|
| Case No: 17-00422 | Trustee Name: KAREN R. GOODMAN | |
| Case Name: ARTHUR S. KETSIOS | Bank Name: Associated Bank | |
| | Account Number/CD#: XXXXXX3359 | |
| | Checking | |
| Taxpayer ID No: XX-XXX8624 | Blanket Bond (per case limit): $54,646,000.00 | |
| For Period Ending: 03/06/2018 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 02/22/17 | 9 | Stanley Ketsios | Sale of asset pursuant to Court Order dated 2/15/17 | 1129-000 | $7,500.00 | | $7,500.00 |
| 03/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $7,490.00 |
| 03/15/17 | 11 | United States Treasury | 2014 Federal Tax Refund | 1124-000 | $4,782.00 | | $12,272.00 |
| 03/15/17 | 12 | Treasurer of the State of Illinois | 2014 Illinois Tax Refund | 1124-000 | $963.00 | | $13,235.00 |
| 03/15/17 | 13 | United States Treasury | 2015 Federal Tax Refund | 1124-000 | $6,510.00 | | $19,745.00 |
| 03/15/17 | 14 | Treasurer of the State of Illinois | 2015 Illinois Tax REfund | 1124-000 | $1,384.00 | | $21,129.00 |
| 03/21/17 | 101 | Arthur Ketsios c/o Robert R. Benjamin Golan Christie Taglia 70 West Madison Street, Suite 1800 Chicago, Illinois 60602 | Exemption claimed less $400 credit for Non-exempt bank account | 8100-002 | | $2,154.16 | $18,974.84 |
| 04/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $22.25 | $18,952.59 |
| 05/05/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $28.61 | $18,923.98 |
| 06/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $28.13 | $18,895.85 |
| 06/26/17 | 16 | United States Treasury | 2016 Tax Refund (IRS) | 1224-000 | $7,139.00 | | $26,034.85 |
| 07/10/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $28.56 | $26,006.29 |
| 08/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $38.67 | $25,967.62 |

Page Subtotals: $28,278.00  $2,310.38

UST Form 101-7-TDR (10/1/2010) (Page: 10)

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 17-00422 | Trustee Name: KAREN R. GOODMAN |
| Case Name: ARTHUR S. KETSIOS | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX3359 |
| | Checking |
| Taxpayer ID No: XX-XXX8624 | Blanket Bond (per case limit): $54,646,000.00 |
| For Period Ending: 03/06/2018 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 09/08/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $38.61 | $25,929.01 |
| 10/06/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $37.31 | $25,891.70 |
| 11/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $38.49 | $25,853.21 |
| 01/09/18 | 102 | Karen R. Goodman<br>Taft Stettinius & Hollister LLP | Compensation to Trustee per Court Order dated January 9, 2018 | 2100-000 | | $3,362.38 | $22,490.83 |
| 01/09/18 | 103 | TAFT STETTINIUS & HOLLISTER LLP<br>111 EAST WACKER DRIVE<br>SUITE 2800<br>CHICAGO, IL 60601 | Compensation to Attorney for Trustee per Court Order of January 9, 2018 | 3110-000 | | $4,128.00 | $18,362.83 |
| 01/09/18 | 104 | Alan D. Lasko<br>205 West Randolph Street, Suite 1150<br>Chicago, Illinois 60606 | Fees to Accountant for Trustee per Court Order dated January 9, 2018 | 3410-000 | | $1,197.50 | $17,165.33 |
| 01/09/18 | 105 | Alan D. Lasko<br>205 West Randolph Street, Suite 1150<br>Chicago, Illinois 60606 | Expenses to Accountant for Trustee per Court Order dated January 9, 2018 | 3420-000 | | $16.25 | $17,149.08 |
| 01/09/18 | 106 | JOANNE KETSIOS<br>C/O JUNE PRODEHL RANZI & LYNCH LLC<br>1861 BLACK ROAD<br>JOLIET, IL 60435 | First and Final Distribution for Claim No. 1 per court Order dated January 9, 2018 | 5800-000 | | $4,800.00 | $12,349.08 |
| 01/09/18 | 107 | SIKICH LLP<br>123 N WACKER DRIVE<br>SUITE 1500<br>CHICAGO, IL 60606 | First and Final Distribution for Claim No. 2 per court Order dated January 9, 2018 | 7100-000 | | $251.26 | $12,097.82 |
| 01/09/18 | 108 | GROTTA & ASSOCIATES<br>10775 W. 163RD PLACE<br>ORLAND PARK, IL 60467 | First and Final Distribution for Claim No. 3 per court Order dated January 9, 2018 | 7100-000 | | $10,441.48 | $1,656.34 |
| 01/09/18 | 109 | REICH, JUMBECK & STOLE LLP<br>116 N. CHICAGO STREET<br>SUITE 555<br>JOLIET, IL 60432 | First and Final Distribution for Claim No. 4 per court Order dated January 9, 2018 | 7100-000 | | $1,656.34 | $0.00 |

Page Subtotals: $0.00  $25,967.62

UST Form 101-7-TDR (10/1/2010) *(Page: 11)*

|  |  |  |
|---|---:|---:|
| COLUMN TOTALS | $28,278.00 | $28,278.00 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $28,278.00 | $28,278.00 |
| Less: Payments to Debtors | $0.00 | $2,154.16 |
| Net | $28,278.00 | $26,123.84 |

Exhibit 9

Page Subtotals: $0.00 $0.00

Exhibit 9

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX3359 - Checking | $28,278.00 | $26,123.84 | $0.00 |
|  | $28,278.00 | $26,123.84 | $0.00 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| Total Allocation Receipts: | $0.00 |
|---|---|
| Total Net Deposits: | $28,278.00 |
| Total Gross Receipts: | $28,278.00 |